IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

      Plaintiff,                      No. CIV S-11-0179 GEB EFB P

      vs.

RIO COSUMNES CORRECTIONAL CENTER,

      Defendant.                <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

////

////

1

1  Plaintiff has not submitted a certified copy of his trust account statement or the institutional
2  equivalent. He may comply with this requirement by having prison officials complete the
3  "Certificate" portion of the form application for leave to proceed *in forma pauperis*.
4      Accordingly, plaintiff has 30 days from the date this order is served to submit the
5  required trust account statement. Failure to comply with this order will result in a
6  recommendation that this action be dismissed. The Clerk of the court is directed to send to
7  plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
8      So ordered.
9  DATED: March 2, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE